PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 2:99-CR-27-01 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 4:05CR40013 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Steven Boyle<br>82 Park Road<br>Charlton, MA 01507 | Vermont | Criminal |

| NAME OF SENTENCING JUDGE |
|---|
| Hon. William K. Sessions III |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
|  | 2/22/05 | 2/21/08 |

**OFFENSE**

Bank Robbery (2 Cts.); 18 U.S.C. § 2113(a)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Judicial_____ DISTRICT OF _____Vermont_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Massachusetts  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_3/11/05_
Date

_/s/ William K. Sessions_
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Judicial_____ DISTRICT OF _____Massachusetts_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_April 12, 2005_
Effective Date

_/s/ William G. Young_
United States District Judge

| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>2:98-CR-79-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>4:05CR40013 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Steven Boyle<br><br>82 Park Road<br><br>Charlton, MA 01507 | DISTRICT<br><br>Vermont | DIVISION<br><br>Criminal |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Hon. William K. Sessions III | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>2/22/05 | TO<br>2/21/08 |

OFFENSE

Bank Robbery; 18 U.S.C. § 2113(a)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Judicial_____ DISTRICT OF _____Vermont_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Massachusetts  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/11/05
_____
Date

_____
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Judicial_____ DISTRICT OF _____Massachusetts_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 12, 2005
_____
Effective Date

_____
United States District Judge