UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>STEVEN BOYLE )<br>) | Cr. No. 1:05-CR-40013 |

ORDER

YOUNG, D.J.

It is hereby ORDERED that the restitution previously ordered to be paid by defendant Steven Boyle to Cargill Bank as part of the sentence imposed September 15, 1999, shall be paid instead to West Bank.

Dated: June 5, 2006

_William G. Young_
William G. Young, U.S.D.J.