UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cr. No. 05-40013-FDS |
| ) | |
| STEVEN BOYLE ) | |
| ) | |

ORDER

SAYLOR IV, D.J.

It is hereby ORDERED that the restitution previously ordered to be paid by defendant Steven Boyle to The Savings Bank of Manchester as part of the sentence imposed September 15, 1999, shall be paid instead to NewAlliance Bank, the successor to The Savings Bank of Manchester.

Dated: June 20, 2006

_____
F. Dennis Saylor IV, U.S.D.J.