UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 01-30043 |
| | ) | 05-40013 |
| STEVEN BOYLE | ) | |
| | ) | |

ORDER

SAYLOR IV, D.J.

It is hereby ORDERED that the restitution previously ordered to be paid by defendant Steven Boyle to Westbank as part of the sentence imposed April 12, 2005, shall be paid instead to NewAlliance Bank, the successor to Westbank..

Dated: March 20, 2007

F. Dennis Saylor IV, U.S.D.J.